■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUS BETHEA, Appellant. [824 NYS2d 128]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered May 12, 2003, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that the Supreme Court improperly failed to conduct a *Ventimiglia* hearing (*see People v Ventimiglia,* 52 NY2d 350 [1981]) to determine the admissibility of certain testimony regarding a telephone call made by the defendant's friend to one of the complainants (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19 [1995]; *People v Cody,* 149 AD2d 722 [1989]). In any event, such testimony was properly introduced as some evidence of the defendant's consciousness of guilt (*see People v Plummer,* 36 NY2d 161, 163-164 [1975]; *People v Almestica,* 288 AD2d 483 [2001]; *People v Pitts,* 218 AD2d 715 [1995]). Additionally, the Supreme Court gave the jury proper limiting instructions (*see People v Almestica, supra*).

The defendant was not denied his right to effective assistance of counsel (*see People v Benevento,* 91 NY2d 708, 714 [1998]; *People v Baldi,* 54 NY2d 137, 147 [1981]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Ritter, J.P., Goldstein, Rivera and Spolzino, JJ., concur.